Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>       Plaintiff,<br><br>   vs.<br><br>NHON NGOC NGUYEN dba 24 MARKET;<br>DAI MINH DUC, LLC;<br><br>       Defendants. | No. 5:19-cv-04080-NC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Hendrik Block and Defendants, Nhon Ngoc Nguyen dba 24 Market; and Dai Minh Duc, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 28, 2020        MOORE LAW FIRM, P.C.

                                                                */s/ Tanya E. Moore*
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff,
                                                                Hendrik Block

Dated: January 28, 2020        BERLINER COHEN, LLP

                                                                */s/ Eileen P. Kennedy*
                                                                Eileen Kennedy
                                                                Attorneys for Defendants,
                                                                Nhon Ngoc Nguyen dba 24 Market;
                                                                and Dai Minh Duc, LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                                                */s/ Tanya E. Moore*
                                                                Tanya E. Moore
                                                                Attorney for Plaintiff,
                                                                Hendrik Block